1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**

7 **IN AND FOR THE DISTRICT OF ARIZONA**

8

| John D. Warren, | Case No: |
|---|---|
| Plaintiff, | Maricopa County Superior Court Case No.: LC2021-000111 |
| vs. | **EXHIBITS** |
| Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Velazquez, | |
| Defendants. | |

15

16       Exhibit A       Verification, Docket, and State Court Documents

17       Exhibit B       Declaration of Shanda Payne

18       Exhibit C       Declaration of Dave Young

19       Exhibit D       Declaration of Ismael Espiricueta

20       Exhibit E       Declaration of Shaun Anderson

21       Exhibit F       Declaration of Leon Amouzouvi

22       Exhibit G       Declaration of Monserrate Velazquez

23
24
25 #9741896
26
27
28

**EXHIBIT A**

## **VERIFICATION**

STATE OF ARIZONA      )
                            ) ss.
County of Maricopa      )

      I, KIM CHAMBERLAIN, hereby state, under the penalty of perjury, that the following information is true to my knowledge, information and belief:

      1.      I am the attorney for State Defendants Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Leon Amouzouvi, and Monserrate Vasquez in the matter of *John D. Warren v. Shanda Payne, et al.*, Cause Number LC2021-000111-001, currently pending in the Superior Court of the State of Arizona, County of Maricopa, before the Honorable M. Scott McCoy.

      2.      On August 18, 2021, I filed a Notice of Removal under 28 U.S.C. § 1441(a) seeking to remove to the United States District Court for the District of Arizona.

      3.      In compliance with 28 U.S.C. § 1441(a) and L.R. Civ 3.6(b), I certify that the attached documents are true and accurate copies of pleadings and other documents that were filed in the Superior Court of the State of Arizona, Maricopa, in *John D. Warren v. Shanda Payne, et al.*, Cause Number LC2021-000111-001.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

      DATED this 18th day of August, 2021.

                           _____
                           KIM CHAMBERLAIN

#9695616



Select Language
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | | |
|---|---|---|---|---|
| Case Number: | LC2021-000111 | Judge: | McCoy, M. Scott | |
| File Date: | 4/12/2021 | Location: | Downtown | |
| Case Type: | Lower Court Appeals | | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| John D Warren | PLF/Appellant | Male | Pro Per |
| Shanda Payne | DEFT/Appellee | Female | Pro Per |
| Dave Young | DEFT/Appellee | Male | Pro Per |
| Ismael Espiricueta | DEFT/Appellee | Male | Pro Per |
| Shaun Anderson | DEFT/Appellee | Male | Pro Per |
| Scott Paige | DEFT/Appellee | Male | Pro Per |
| Leon Amouzouvi | DEFT/Appellee | Male | Pro Per |
| Shawn O'Hearn | DEFT/Appellee | Male | Pro Per |
| Monserrate Vasquez | DEFT/Appellee | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/26/2021 | 019 - ME: Ruling | 7/26/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | AFS - Affidavit Of Service | 7/16/2021 | |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/15/2021 | SUM - Summons | 7/16/2021 | |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/15/2021 | SUM - Summons | 7/16/2021 | PLF/Appellant(1) |
| 7/14/2021 | MOT - Motion | 7/15/2021 | PLF/Appellant(1) |
| **NOTE:** FOR EXTENSION OF TIME | | | |
| 6/4/2021 | 019 - ME: Ruling | 6/4/2021 | |
| 4/23/2021 | 504: Me: Record Appeal Assignment | 4/23/2021 | |
| 4/12/2021 | CSA - Complaint Special Action | 4/21/2021 | PLF/Appellant(1) |
| 4/12/2021 | CSH - Coversheet | 4/21/2021 | PLF/Appellant(1) |
| 4/12/2021 | ADW - Application Deferral/Waiver | 4/21/2021 | PLF/Appellant(1) |
| 4/12/2021 | ODF - Order Deferring Court Fees | 4/21/2021 | PLF/Appellant(1) |
| 4/12/2021 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 4/21/2021 | PLF/Appellant(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

Person Filing: John D. Warren
Address (if not protected): 2500 East Van Buren Street
City, State, Zip Code: Phoenix, Arizona 85008
Telephone: 602-629-7396
Email Address: No Email Address
Lawyer's Bar Number: N/A

CLERK OF THE SUPERIOR COURT
FILED
APR 1 2 2021  5pm
K. Whitson, Deputy

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John D. Warren
**Name of Petitioner/Plaintiff**

Case Number: LC2021-000111-001

Shanda Payne, et, d
**Name of Respondent/Defendant**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA )
                              ) ss.
COUNTY OF Maricopa )

---

**NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

---

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

☒ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

    [ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

    ☒ It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

    State employees/defendants refuse to sign, many documents, provide relief or acknowledge claim letter and are also retaliatory in my treatment

    [ ] An enforceable injunction against harassment has been granted to me against the person to be served.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

[ ] This is what I did to try to find the other party (explain):

_____ N/A _____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

| NAME | ADDRESS |
|------|---------|
| N/A | |

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: March 07th 2021

John D. Warren
Signature

John D. Warren
Applicant's Printed Name

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) March 07th 2021 the last known address of the person to be served as: 501 North 24th Street · Phoenix Arizona 85008

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

CLERK OF THE SUPERIOR COURT
FILED
APR 1 2 2021 *5pm*
K. Whitson, Deputy

Person Filing: *John D. Warren*
Address (if not protected): *2500 East Van Buren Street*
City, State, Zip Code: *Phoenix, Arizona 85008*
Telephone: *602-629-7396*
Email Address: *No Email Address*
Lawyer's Bar Number: *N/A*

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

*John D. Warren*
**Name of Petitioner/Plaintiff**

Case Number: **LC2021-000111-001**

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

*Shanda Payne, et' al*
**Name of Respondent/Defendant**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT
THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name)_____:

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

**OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility. As required by
~~state~~ law, the applicant has signed a consent to entry of judgment.

**OR**

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown. As required by
state law, the applicant has signed a consent to entry of judgment.

**OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to
pay (A.R.S. § 12-302(D)).

**OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

**7.** ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

    ☐ The application is incomplete because _____

    **You are encouraged to submit a complete application.**

    ☐ The applicant does not meet the financial criteria for deferral because _____
_____

    A deferral **MUST BE** granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

    ☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☒ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

    **IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

    ☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

    ☐ **SCHEDULE OF PAYMENTS.**
    The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

    ☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

Case Number: _____

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

A. Fees and costs are taxed to another party;

B. The applicant has an established schedule of payments in effect and is current with those payments;

C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

E. Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

　　1. Pays the fees and costs; or,

　　2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____APR 1 2 2021_____　　　_____

　　　　　　　　　　　　　　　　　☐ Judicial Officer　☑ Special Commissioner

| I CERTIFY that I mailed/delivered/provided a copy of this document to: |
| --- |
| ☑ Applicant ☒ at the above address ☐ in court |
| ☐ Applicant's attorney ☐ at the above address ☐ in court |
| Date: ___APR 1 2 2021___　　By: _____ |
|　　　　　　　　　　　　　　　　　　　Clerk |

Person Filing: John D. Warren
Address (if not protected): 2500 East Van Buren Street
City, State, Zip Code: Phoenix, Arizona 85008
Telephone: 602-689-7396
Email Address: No Email Address
Lawyer's Bar Number: N/A

CLERK OF THE SUPERIOR COURT
FILED
APR 12 2021 5pm
K. Whitson, Deputy

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John D. Warren
Name of Petitioner/Plaintiff

Shanda Payne, et'al
Name of Respondent/Defendant

Case Number: LC2021-000111-001

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA )
) ss.
COUNTY OF Maricopa )

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1. [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

   [ ] Temporary Assistance to Needy Families (TANF)
   [ ] Food Stamps
   [ ] Legal Aid Services

2. [ ] **WAIVER:**

   [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 1 of 4

GNF11f - 060115
Use current version

3. **FINANCIAL QUESTIONNAIRE**
   **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

   **NAME**
   _____None_____
   _____
   _____

   **RELATIONSHIP**
   _____
   _____
   _____

**STATEMENT OF INCOME AND EXPENSES**

   Employer name:_____

   Employer phone number:_____

   [X] I am unemployed (explain): _I am a Patient/Resident on the grounds of the Arizona State Hospital at the Arizona Community Protection And Treatment Center_

   My prior year's gross income:                                      $    Ø

**MONTHLY INCOME**

   My total monthly gross income:                                     $    Ø

   My spouse's monthly gross income (if available to me):             $_____

   Other current monthly income, including spousal maintenance/support,
   retirement, rental, interest, pensions, and lottery winnings:      $_____

   **TOTAL MONTHLY INCOME**                                           $    Ø

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ Ø | $ N/A |
| Car payment | $ No Car | $ N/A |
| Credit card payments | $ Ø | $ N/A |
| Explain: I pay No rent or mortgage, I do not own any car or credit card | | |
| Other payments & debts | $ Ø | $ NA |
| Household | $ Ø | |
| Utilities/Telephone/Cable | $ Ø | |
| Medical/Dental/Drugs | $ Ø | |
| Health insurance | $ State Access | |
| Nursing care | $ Ø | |
| Tuition | $ Ø | |
| Child support | $ Ø | |
| Child care | $ Ø | |
| Spousal maintenance | $ Ø | |
| Car insurance | $ Ø | |
| Transportation | $ Ø | |
| Other expenses (explain) | $ Ø | |

   **TOTAL MONTHLY EXPENSES**                                         $    Ø

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $ 0.08 cents |
| Credit union accounts | $ Ø |
| Other liquid assets | $ Ø |
| **TOTAL ASSETS** | $ Ø |

## The basis for the request is:

4. [ ] **DEFERRAL:**

   A. [ ] My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

   **OR**

   B. [ ] I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

   _____
   _____

   **OR**

   C. [ ] My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

   | DESCRIPTION OF EXPENSES | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

5. [X] **WAIVER:**

   I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

March 07th 2021
Date

John D. Warren,
Signature

John D. Warren.
Applicant's Printed Name

3-30-2021
Date

Erick Rood
Judicial Officer, Deputy Clerk or Notary Public

12-31-2021
My Commission Expires/Seal:



**ERICK ROOD**
Notary Public - Arizona
Maricopa County
Expires 12/31/2021

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 4 of 4

GNF11f - 060115
Use current version

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

LC 2021-000111-001

Case Number _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language(s):

CLERK OF THE SUPERIOR COURT
FILED
APR 1 2 2021   5pm
K. Whitson, Deputy

Plaintiff's Name(s): (List all)     Plaintiff's Address:     Phone #:     Email Address:

John D. Warren · 2500 East Van Buren Street · Phoenix Arizona 85008 · 602-629-7396

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Shanda Payne · 501 North 24th Street · Phoenix Arizona 85008 · 602-244-1331
Dave Young · 501 North 24th Street · Phoenix Arizona 85008 · 602-244-1331
Ismael Espiricueta · 501 North 24th Street · Phoenix Arizona 85008 · 602-244-1331

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ 3,501,000⁰⁰     ☐ Tier 1     ☐ Tier 2     ☒ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

### 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

## 110 TORT NON-MOTOR VEHICLE:

☐ 111 Negligence*

☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*

☐ 112 Product Liability – Toxic/Other*

☐ 113 Intentional Tort*

☐ 114 Property Damage*

☐ 115 Legal Malpractice*

☐ 115 Malpractice – Other professional*

☐ 117 Premises Liability*

☐ 118 Slander/Libel/Defamation* *Special Action*

☒ 116 Other (Specify) *Suit Against Public Employees*

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*        ☐ 123 Hospital*

☐ 122 Physician D.O*        ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*

☐ 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (i.e. Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

  ☐ 136 Six to Nineteen Structures*

  ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute- Discrimination*

Case No._____

185 Employment Dispute-Other*

196 Verified Rule 45.2 Petition

195(a) Amendment of Marriage License

195(b) Amendment of Birth Certificate

☒163 Other* Due Process
14th U.S.Const. Amend. Right
(Specify)

## EMERGENCY ORDER SOUGHT

Temporary Restraining Order

Provisional Remedy

OSC

Election Challenge

Employer Sanction

☒ Other (Specify) Employee Termination

## COMMERCIAL COURT (Maricopa County Only)

This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

Shaun Anderson • 501 North 24th Street - Phoenix Arizona 85008• 602-244-1331

Scott Paige • 501 North 24th Street - Phoenix Arizona 85008• 602-244-1331

Leon Amouzouvi• 501 North 24th Street - Phoenix Arizona 85008• 602-244-1331

Shaun O'Hearn• 501 North 24th Street - Phoenix Arizona 85008-602-244-1331

Monserrate Vasquez• 501 North 24th Street - Phoenix Arizona 85008•602-244-1331

© Superior Court of Arizona in Maricopa County        Page 3 of 3        CV10f - 010119
ALL RIGHTS RESERVED

1 | JOHN D.WARREN RESIDENT I.D. # 475
ARIZONA COMMUNITY PROTECTION AND
2 | TREATMENT CENTER
2500 EAST VAN BUREN STREET
3 | PHOENIX, AZ. 85008
(602) 629-7396
4

D $333
R#28226805

5

6 | IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7 | IN AND FOR THE COUNTY OF MARICOPA

8

9 | JOHN D.WARREN, | Case No.:
PLAINTIFF |
10 | V. | LC2021-000111-001
11 | SHANDA PAYNE, DAVE YOUNG, ISMAEL
ESPIRICUETA, SHAUN ANDERSON, SCOTT | CIVIL COMPLAINT
12 | PAIGE, LEON AMOUZOUVI, SHAWN
O'HEARN, MONSERRATE VASQUEZ , | SPECIAL ACTION
13 | DEFENDANT (S) | Suit Against Public Employees

14

**JURISDICTION**

15

1. The court has the legal authority to hear and decide this case because:
16

17 | • The value of this case exceeds $10,000.00

18 | • Other non-monetary remedy will take place in Maricopa County

19 | • Plaintiff resides in Maricopa County

20 | • Defendants resides in Maricopa County

21 | • The events and actions of this complaint occurred in Maricopa County

22 | • A.R.S. , 12-821 A. authorizes this complaint

23 | • The Eighth U.S. Constitutional Amendment Rights authorizes this complaint

24 | • The Fourteenth U.S. Constitutional Amendment Rights authorizes this complaint

**PARTIES**

25 | 2. The Plaintiff in this case is:

26 | JOHN D.WARREN Resident/Patient at the Arizona State Hospital/Arizona Community

1

1      Protection And Treatment Center

2      3. The Defendants in this case are:

3          SHANDA PAYNE Administrative Director at the Arizona State Hospital/Arizona

4      Community Protection And Treatment Center. She is being sued in her individual and official

5      capacity.

6          DAVE YOUNG, MBA Health Manager III/Complaint Coordinator at the Arizona State

7      Hospital/Arizona Community Protection And Treatment Center. He is being sued in his

8      individual and official capacity.

9          ISMAEL ESPIRICUETA Residential Program Manager at the Arizona State Hospital/

10     Arizona Community Protection And Treatment Center. He is being sued in his individual and

11     official Capacity.

12         SHAUN ANDERSON Residential Program Manager at the Arizona State Hospital/Arizona

13     Community Protection And Treatment Center. He is being sued in his individual and official

14     Capacity.

15         SCOTT PAIGE Residential Program Specialist at the Arizona State Hospital/Arizona

16     Community Protection And Treatment Center. He is being sued in his individual and official

17     Capacity.

18         LEON AMOUZOUVI Residential Program Specialist at the Arizona State Hospital/Arizona

19     Community Protection And Treatment Center. He is being sued in his individual and official

20     capacity.

21         MONSERRATE VASQUEZ Residential Program Specialist at the Arizona State Hospital/

22     Arizona Community Protection And Treatment Center. He is being sued in his individual and

23     official capacity.

24         SHAWN O'HEARN Residential Program Specialist at the Arizona State Hospital/Arizona

25     Community Protection And Treatment Center. He is being sued in his individual and

26     official capacity.

2

1    **1ˢᵗ Cause Of Action,**

2                        **STATEMENT OF FACTS AND BREACH**

3         The Fourteenth Constitutional Amendment Right. "Liberty Interest, The Due Process of the Law.."

4    The Fourteenth Constitutional Amendment in the United States Constitution assures that no person

5    shall be denied life, liberty, nor property without the Due Process of The Law. Pursuant to The

6    Fourteenth Constitutional Amendment Right in the United States Constitution, the Arizona State

7    Hospital/Arizona Community Protection And Treatment Center Staff: Monserrate Vasquez, Shawn

8    O'Hearn, Dave Young and Shanda Payne owe me a duty of care.

9         In April 2020, John D. Warren was visited by two Phoenix Police Detectives for questioning over

10   a police report made by Monserrate Vasquez. This report also was witnessed to by, Shawn O'Hearn,

11   on a January 5ᵗʰ, 2020 Progress note which cites how I had sat down in a chair next to Monserrate

12   Vasquez when I then took my genitalia out of my pants and placed them under my sweater and in an

13   up and down motion appeared to be relieving myself while watching T.V. this was a false police

14   report. John D. Warren began and exhausted all administrative remedies offered by the treatment

15   center and my requested remedies were denied by Dave Young and Shanda Payne for:

16        a.  a full investigation

17        b.  the leeway to place phone calls to the detectives for follow – up communications and,

18        c.  to terminate any employee in support of this false police report.

19        Monserrate Vasquez, Shawn O'Hearn, Dave Young and Shanda Payne violated the Due Process

20   Clause and The Equal Protection Of The Law Clause for my Fourteenth Constitutional Amendment

21   Right in the United States Constitution, as stated in this first cause of action.

22                        **APPLICABLE LAW SUPPORTING CLAIM**

23        Fourteenth Constitutional Amendment Right And Arizona Revised Statutes 12 – 821 A.

24                                **INJURIES**

25        My rights under the Fourteenth Constitutional Amendment Right in the United States

26   Constitution were violated, causing for me to suffer undue duress during treatment.

                                        **3**

1                           **DEMAND FOR RELIEF**

2        Whenever an employee of the Arizona State Hospital/Arizona Community Protection And

3   Treatment Center lies on government forms as indicated by the progress note and police report that

4   employee is subject to be terminated from his or her hospital position.

5        John D. Warren demands;

6                 1st Monserrate Vasquez to be terminated from his employment.

7                 2nd Shawn O'Hearn to be terminated from his employment

8                 3rd $500.00 Settlement From Monserrate Vasquez

9                   $500.00 Settlement From Shawn O'Hearn

10                  $500.00 Settlement From Dave Young And,

11                  $500.00 Settlement From Shanda Payne,

12                 4th For Defendants to pay expenses incurred herein, including reasonable attorney fees.

13   **2nd Cause Of Action,**

14                 **STATEMENT OF FACTS AND BREACH**

15      The Fourteenth Constitutional Amendment Right. "Liberty Interest, The Due Process of the Law."

16      The Fourteenth Constitutional Amendment in the United States Constitution assures that no

17   person shall be denied life, liberty, nor property without the Due Process of The Law, nor shall any

18   person within its jurisdiction be denied the Equal Protection of The Law.

19      Pursuant to The Fourteenth Constitutional Amendment Right in the United States Constitution.

20   Arizona State Hospital/Arizona Community Protection And Treatment Center Staff: Scott Paige,

21   Dave Young and Shanda Payne owe me a duty of care.

22      On Wednesday October 23rd, 2019 the Phoenix Municipal court, 300 West Washington Street,

23   Phoenix, Arizona 85003, dismissed the states complaint, Case Number 5441229, brought against John

24   D. Warren, Defendant in the case,

25      The states complaint charged Plaintiff John D. Warren with Aggravated Assault DV–Impede

26   Breathing by Strangulation on Scott Paige a class 4 Felony.

1      John D. Warren claims the charge of, Aggravated Assault DV–Impede Breathing by

2      Strangulation a class 4 Felony on Scott Paige, was a false police report, by Scott Paige leading to the

3      arrest and wrongful prosecution of John D. Warren,

4          John D. Warren began and exhausted all administrative remedies offered by the treatment center

5      and my requested remedies were denied by Dave Young and Shanda Payne at the Arizona State

6      Hospital/Arizona Community Protection And Treatment Center.

7          Scott Paige, Dave Young and Shanda Payne violated the Due Process Clause and the Equal

8      Protection Clause for my Fourteenth Constitutional Amendment Right in the United States

9      Constitution, as stated in this second cause of action.

10                        **APPLICABLE LAW SUPPORTING CLAIM**

11     Fourteenth Constitutional Amendment Right and Arizona Revised Statutes 12 – 821 A.

12                                    **INJURIES**

13     1st My rights under the Fourteenth Constitutional Amendment Right in the United States

14          Constitution were violated causing me to suffer undue duress during treatment.

15     2nd John D. Warren was arrested and placed into the Maricopa County Sherriff Office Fourth

16     Avenue Jail for a total of seven days

17                              **DEMAND FOR RELIEF**

18          Whenever an employee of the Arizona State Hospital/Arizona Community Protection And

19     Treatment Center lies on government forms as indicated by the police report leading to my arrest and

20     wrongful prosecution that employee is subject to be terminated from his or her hospital position.

21          John D. Warren demands:

22              1st  Scott Paige to be terminated from his employment.

23              2nd $250,000.00 Settlement from Scott Paige.

24                  $250,000.00 Settlement from Shanda Payne.

25                  $250,000.00 Settlement from Dave Young

26              3rd For Defendants to pay expenses incurred herein, including reasonable attorney fees.

5

1   **3rd Cause Of Action,**

2                      **STATEMENT OF FACTS AND BREACH**

3        The Fourteenth Constitutional Amendment Right "Liberty Interest, The Due Process of the Law."

4   The Fourteenth Constitutional Amendment in the United States Constitution assures that no

5   person shall be denied life, liberty, nor property without the Due Process of The Law, nor shall any

6   person within its jurisdiction be denied the Equal Protection of The Law.

7        Pursuant to The Fourteenth Constitutional Amendment Right in the United States Constitution.

8   Arizona State Hospital/Arizona Community Protection And Treatment Center Staff:

9   Monserrate Vasquez, Shaun Anderson, Dave Young and Shanda Payne owe me a duty of care.

10       On Wednesday October 23rd, 2019 the Phoenix Municipal court, 300 West Washington Street,

11   Phoenix, Arizona 85003, dismissed the states complaint, Case Number 5441229, brought against John

12   D. Warren, Defendant in the case,

13       The states complaint charged Plaintiff John D. Warren with Aggravated Assault on a Corrections

14   Employee-No Injury, on Shaun Anderson a class 5 Felony.

15       John D. Warren claims the charge of, Aggravated Assault on a Corrections Employee -No Injury,

16   a class 5 Felony on Shaun Anderson, was a false police report by Shaun Anderson, leading to the

17   arrest and wrongful prosecution of John D. Warren.

18       John D. Warren began and exhausted all administrative remedies offered by the treatment center

19   and my requested remedies were denied by Dave Young and Shanda Payne at the Arizona State

20   Hospital/Arizona Community Protection And Treatment Center.

21       Shaun Anderson, Dave Young and Shanda Payne violated the Due Process Clause and the Equal

22   Protection Clause for my Fourteenth Constitutional Amendment Right in the United States

23   Constitution., as stated in this third cause of action.

24                  **APPLICABLE LAW SUPPORTING CLAIM**

25   Fourteenth Constitutional Amendment Right and Arizona Revised Statutes 12 – 821 A.

26                          **INJURIES**

6

| | |
|---|---|
| 1 | 1st My rights under the Fourteenth Constitutional Amendment Right in the United States |
| 2 | Constitution were violated causing me to suffer undue duress during treatment. |
| 3 | 2nd John D. Warren was arrested and placed into the Maricopa County Sherriff Office Fourth |
| 4 | Avenue Jail for a total of seven days |
| 5 | **DEMAND FOR RELIEF** |
| 6 | Whenever an employee of the Arizona State Hospital/Arizona Community Protection And |
| 7 | Treatment Center lies on government forms as indicated by the police report leading to my arrest and |
| 8 | wrongful prosecution that employee is subject to be terminated from his or her hospital position. |
| 9 | John D. Warren demands: |
| 10 | 1st Shaun Anderson to be terminated from his employment. |
| 11 | 2nd $250,000.00 Settlement from Shaun Anderson |
| 12 | $250,000.00 Settlement from Shanda Payne. |
| 13 | $250,000.00 Settlement from Dave Young |
| 14 | 3rd For Defendants to pay expenses incurred herein, including reasonable attorney fees. |
| 15 | **4th Cause Of Action,** |
| 16 | **STATEMENT OF FACTS AND BREACH** |
| 17 | The Fourteenth Constitutional Amendment Right. "Liberty Interest, The Due Process of the |
| 18 | Law." The Fourteenth Constitutional Amendment in the United States Constitution assures that no |
| 19 | person shall be denied life, liberty, nor property without the Due Process of The Law, nor shall any |
| 20 | person within its jurisdiction be denied the Equal Protection of The Law. |
| 21 | Pursuant to The Fourteenth Constitutional Amendment Right in the United States Constitution. |
| 22 | Arizona State Hospital/Arizona Community Protection And Treatment Center Staff: |
| 23 | Shaun Anderson, Dave Young and Shanda Payne owe me a duty of care. |
| 24 | On Wednesday October 23rd, 2019 the Phoenix Municipal court, 300 West Washington Street, |
| 25 | Phoenix, Arizona 85003, dismissed the states complaint, Case Number 5441229 a class 4 felony |
| 26 | Aggravated Assault DV—Impede Breathing by strangulation and a class 5 felony Aggravated Assault |

7

1    on a Corrections Employee-No Injury brought against John D. Warren.

2        Shaun Anderson, Scott Paige and Leon Amouzouvi, dragged John D. Warren into the ACPTC

3    segregation unit laundry room, where video surveillance was blocked by an open door.

4        After being dragged into the laundry room, Shaun Anderson, Scott Paige and Leon Amouzouvi

5    dropped John D. Warren onto the floor pinning John D. Warren up against a washing machine, while

6    piling on top of him when they began to hit, kick and twist John D. Warren while on the floor.

7        John D. Warren began and exhausted all administrative remedies offered by the treatment center

8    and my requested remedies were denied by Dave Young and Shanda Payne, at the Arizona State

9    Hospital/Arizona Community Protection And Treatment Center.

10       Leon Amouzouvi, Scott Paige, Shaun Anderson, Dave Young and Shanda Payne violated the Due

11    Process Clause and the Equal Protection Clause for my Fourteenth Constitutional Amendment Right

12    in the United States Constitution. as stated in this fourth cause of action

13                  **APPLICABLE LAW SUPPORTING CLAIM**

14    Fourteenth Constitutional Amendment Right and Arizona Revised Statutes 12 – 821 A.

15                           **INJURIES**

16        John D. Warren sustained injury to his foot which caused Plaintiff to hobble while

17    walking for one month and required follow-up trips to health care professionals.

18                   **DEMAND FOR RELIEF**

19           1st Shaun Anderson to be terminated from his employment

20             Scott Paige to be terminated from his employment

21            Leon Amouzouvi to be terminated from his employment

22           2nd $250,000.00 Settlement from Shaun Anderson

23             $250,000.00 settlement from Leon Amouzouvi

24             $250,000.00 settlement from Scott Paige

25             $250,000.00 settlement from Dave Young

26             $250,000.00 settlement from Shanda Payne

1    5th   **Cause Of Action,**

2                       **STATEMENT OF FACTS AND BREACH**

3         The Fourteenth Constitutional Amendment Right. "Liberty Interest, The Due Process of the

4 Law." The Fourteenth Constitutional Amendment in the United States Constitution assures that no

5 person shall be denied life, liberty, nor property without the Due Process of The Law, nor shall any

6 person within its jurisdiction be denied the Equal Protection of The Law.

7         Pursuant to The Fourteenth Constitutional Amendment Right in the United States Constitution.

8 Arizona State Hospital/Arizona Community Protection And Treatment Center Staff: Ismael

9 Espiricueta, Dave Young and Shanda Payne owe me a duty of care.

10         On Wednesday October 23rd, 2019 the Phoenix Municipal court, 300 West Washington Street,

11 Phoenix, Arizona 85003, dismissed the states complaint, Case Number 5441229 on a class 4 felony

12 and a class 5 felony brought against John D. Warren, Arizona State Hospital/Arizona Community

13 Protection And Treatment Center.

14         John D. Warren was on one of the treatment centers housing unit when approached by Ismael

15 Espiricueta. Ismael Espiricueta asked if Plaintiff wanted to follow the mass movement of residents

16 over to dining for lunch. John D. Warren agreed.

17         John D. Warren and Ismael Espiricueta left the housing unit together. Once Warren and

18 Ismael Espiricueta had passed through the front gate outside the housing unit, John D. Warren was

19 surrounded by approximately one dozen employees and placed onto the center's segregation unit with

20 residents suffering from psychotic delusions and prone to acting out with violence.

21         John D. Warren began and exhausted all administrative remedies offered by the treatment center

22 and my requested remedies were denied by Dave Young and Shanda Payne for why John D. Warren

23 was placed onto the center's segregation unit.

24         Ismael Espiricueta, Dave Young and Shanda Payne violated the Due Process Clause and the

25 Equal Protection Clause for my Fourteenth Constitutional Amendment Right in the United States

26 Constitution, as stated in this fifth cause of action.

1    **APPLICABLE LAW SUPPORTING CLAIM**

2    Fourteenth Constitutional Amendment Right and Arizona Revised Statutes 12 – 821 A.

3    **INJURIES**

4    1st My rights under the Fourteenth Constitutional Amendment Right in the United States

5    Constitution were violated causing me to suffer undue duress during treatment.

6    2nd John D. Warren was subjected to a threat to safety on the center's segregation unit.

7    3rd John D. Warren had no immediate recourse for remedy.

8    **DEMAND FOR RELIEF**

9    1ST $250,000.00 settlement from Ismael Espiricueta

10    $250,000.00 settlement from Dave Young

11    $250,000.00 settlement from Shanda Payne

12    2ND For Defendants to pay expenses incurred herein, including reasonable attorney fees.

13

14    I John D. Warren Declare under penalty of perjury that the foregoing is true and correct.

15

16

17    Executed on _October 22nd 2020_     Signature _Warren, John D._

18

19

20

21

22

23

24

25

26

**10**

**CERTIFICATION OF MAILING**

2    I hereby certify that the original
     and three copies of this complaint
3    were mailed

4    This  22 day of October, 2020

5    To: Clerk of the Superior Court
         Maricopa County
6        620 West Jackson Street
         Phoenix, Az. 85003

7

8

9

10   _John D. Warren,_ _____          _October - 22nd - 2020_ _____

11   Signature                                    Date

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**11**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

LC2021-000111-001 DT                                      04/22/2021


                                           CLERK OF THE COURT
HONORABLE DANIEL J. KILEY                        D. Tapia
                                                  Deputy


JOHN D WARREN                              JOHN D WARREN
                                           2500 E VAN BUREN ST
                                           PHOENIX AZ  85008


v.

SHANDA PAYNE (001)
DAVE YOUNG (001)
ISMAEL ESPIRICUETA (001)
SHAUN ANDERSON (001)
SCOTT PAIGE (001)
LEON AMOUZOUVI (001)
SHAWN O'HEARN (001)
MONSERRATE VASQUEZ (001)


                                           JUDGE BRODMAN
                                           JUDGE KILEY
                                           REMAND DESK-LCA-CCC



**SPECIAL ACTION ASSIGNMENT**

        On April 12, 2021, Petitioner, John D. Warren, filed a Civil Complaint Special Action, in
the above cause number.

        **IT IS ORDERED** assigning this matter on April 22, 2021, to the **Honorable Roger
Brodman** for determination.


        NOTICE: LC cases are not under the e-file system. As a result, when a party files a docu-
ment, the system does not generate a courtesy copy for the Judge. Therefore, you will have to
deliver to the Judge a conformed courtesy copy of any filings.

LC2021-000111-001 DT                                    04/22/2021

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

LC2021-000111-001 DT                         06/01/2021


                                        CLERK OF THE COURT
HONORABLE ROGER E. BRODMAN                  A. Meza/S. Brown
                                              Deputy


JOHN D WARREN                         JOHN D WARREN
                                      2500 E VAN BUREN ST
                                      PHOENIX AZ  85008

v.

SHANDA PAYNE (001)
DAVE YOUNG (001)
ISMAEL ESPIRICUETA (001)
SHAUN ANDERSON (001)
SCOTT PAIGE (001)
LEON AMOUZOUVI (001)
SHAWN O'HEARN (001)
MONSERRATE VASQUEZ (001)

                                      JUDGE BRODMAN
                                      REMAND DESK-LCA-CCC



                          MINUTE ENTRY

        The Court reviewed the file in this case. As of June 1, 2021, no respondent has filed a
responsive pleading. The reason for this appears to be that respondents have not yet been served.

        **IT IS ORDERED** that Petitioner must properly serve respondents and provide proof of
service by July 15, 2021 or this case will be dismissed without prejudice without further notice.

        NOTICE: LC cases are not under the e-file system. As a result, when a party files a
document, the system does not generate a courtesy copy for the Judge. Therefore, you will have
to deliver to the Judge a conformed courtesy copy of any filings.


Docket Code 019                    Form L000                         Page 1

1    JOHN D. WARREN RESIDENT I.D. #475
     ARIZONA COMMUNITY PROTECTION AND
2    TREATMENT CENTER
     2500 EAST VAN BUREN STREET
3    PHOENIX, ARIZONA 85008
     (602) 629-7396

CLERK OF THE
SUPERIOR COURT
FILED
K. WHITSON. DEP

2021 JUL 14  PM 4: 08

4

5

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                  IN AND FOR THE COUNTY OF MARICOPA

8

| | |
|---|---|
| 9    JOHN D. WARREN,<br><br>                    PLAINTIFF,<br>10    **v.**<br><br>11    SHANDA PAYNE, DAVE YOUNG,<br>      DEFENDANT(S)<br>12<br>13 | Case No:<br><br>LC2021-000111 −001<br>CIVIL COMPLAINT<br><br>MOTION FOR EXTENSION OF TIME<br>(Ariz. R. Of Cv. Proc. Rule 6(b)(1)(B) |

14         COMES NOW the plaintiff John D. Warren to request for the court to grant him his motion for

15    an extension of time for process service upon the defendants for good cause shown. This motion is

16    filed in good faith.

17    **BACKGROUND**

18         On October 22nd, 2020 John D. Warren, plaintiff filed this Special Action complaint with the

19    court. The complaint was sent back to the plaintiff for additional formatting and again sent back to the

20    plaintiff for additional compliance with local court rules. The clerk of the court eventually accepted

21    plaintiff's complaint on April 12th, 2021.

22         Plaintiff is a resident/patient on the grounds of the Arizona State Hospital, in a treatment

23    facility known as the Arizona Community Protection And Treatment Center, hereafter known as the

24    ACPTC. Plaintiff has no access to any law library, law books or court forms. Understanding what the

25    court asks of the plaintiff to do is unclear in light of these circumstances.

1

1      Prior to filing this complaint, plaintiff tried contacting various members of state agencies to gain

2      support. However plaintiff's tenacity, made it to where the state agencies plaintiff contacted would

3      then contact the ACPTC to request that plaintiff not be allowed to make any further contacts with

4      them. The defendants complied with these requests by applying a blanket policy which prevents

5      plaintiff from telephoning the court for self-help. Plaintiff then had to burden a friend out in Phoenix,

6      Arizona for phone calls to the court for self-help and Xeroxed forms from the court's website for

7      plaintiff to comply with the redirections of the court.

8      Although telephone privileges do exist for resident(s)/patient(s) at the ACPTC, the blanket

9      policy prevents plaintiff from being on equal footing with any pro se individual trying to shift for justice.

10     The burden placed upon plaintiff's Phoenix friend is too much for this friend to continue with. Plaintiff

11     now needs other alternatives.

12     **EXTENDING TIME**

13     On Tuesday June 15th, 2021 Plaintiff sent the Maricopa County Sheriff's Office one copy each

14     of the complaint with summons for each of the defendants, along with the court approved deferral

15     which allows for the sheriff's office to make service of the summons and complaint on each one of the

16     defendants. This mailing was sent to the following address;

17     **Maricopa County Sheriff's Office**
       **Judicial Enforcement Division**
18     **Civil Process Section**
       **111 South 3rd Avenue**
19     **West Court Building-2nd Floor**
       **Phoenix, Arizona 85003**
20     **Phone No. (602) 876-1840**

21     The address that Plaintiff provided to the Sheriff's Office so the process service could be

22     completed is as follows;

23     **Arizona State Hospital**
       **Arizona Community Protection And Treatment Center**
24     **501 North 24th Street**
       **Phoenix, Arizona 85008**

25

2

1    Plaintiff has received confirmation from a Phoenix friend that the Sheriff's Office did have

2    the complaint copies and summonses to serve upon the defendants. The name and telephone number

3    of the plaintiff's Phoenix friend is as follows;

4    **Betty May Racko**
     **Phone No. (928) 606-4737**

5

6    Plaintiff also encloses a copy, of a Sunday July 11th, 2021 follow-up letter to the Maricopa

7    County Sheriff's Office Judicial Enforcement Division Civil Process Section, along with this motion.

8    As of the mailing of this motion, Plaintiff still has not received any return confirmation on the

9    process serving for this case number. This being for good cause, Plaintiff requests for this court to grant

10   an extension of time by which to serve process upon defendants Shanda Payne, Dave Young, Ismael

11   Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn and Monserrate Vasquez.

12   Respectfully Submitted this Sunday the 11th day of July, 2021.

13

14   _Warren, John D._

15   WARREN, John D.
     Plaintiff

16

17

18

19

20

21

22

23

24

25

                                            3

**CERTIFICATE OF SERVICE**

2      **ORIGINAL** of the foregoing mailed
       This Sunday the 11th day of July, 2021
3      **To:**

4      Clerk of the Court
       Maricopa County Superior Court
5      201 West Jefferson Street
       Phoenix, Arizona 85003
6

7      **CONFORMED COPY** of the foregoing mailed
       This Sunday the 11th day of July, 2021
8      **To:**

9      HONORABLE ROGER E. BRODMAN
       Maricopa County Superior Court
10     Remand Desk-LCS-CCC
       201 West Jefferson Street
11     Phoenix, Arizona 85003

12     Copy of the foregoing mailed
       This Sunday the 11th day of July, 2021
13     **To:**

14     Mark Brnovoich
       Arizona Attorney General
15     2005 North Central Avenue
       Phoenix, Arizona 85004
16

17

18     _Warren, John D._

19     WARREN, John D.
       Plaintiff
20

21

22

23

24

25
                                                  4



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4:32

FILED
BY ~~Whitson~~ , DEP

Person Filing: _John D. Warren_
Address (if not protected): _2500 East Van Buren Street_
City, State, Zip Code: _Phoenix, Arizona 85008_
Telephone: _602-629-7396_
Email Address: _No Email Address_
Lawyer's Bar Number: _N/A_

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_John D. Warren_
Name of Plaintiff

Case No.: **LC2021-000111-001**

And

_Shanda Payne, et al_
Name of Defendant

**SUMMONS**
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.**
**If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _Leon Amouzouvi_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   • 601 West Jackson, Phoenix, Arizona 85003
   • 18380 North 40th Street, Phoenix, Arizona 85032
   • 222 East Javelina Avenue, Mesa, Arizona 85210
   • 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.


JEFF FINE, CLERK

SIGNED AND SEALED this date     APR 1 2 2021

CLERK OF SUPERIOR COURT

By _____
        Deputy Clerk            K. Whitson
                                Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 031820



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4: 32

FILED

BY _____ , DEP

Person Filing: John D. Warren
Address (if not protected): 2500 East Van Buren Street
City, State, Zip Code: Phoenix, Arizona 85008
Telephone: 602-629-7396
Email Address: No Email Address
Lawyer's Bar Number: N/A

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John D. Warren

Name of Plaintiff

And

Shanda Payne, et al

Name of Defendant

Case No.: **LC2021-000111-001**

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

FROM THE STATE OF ARIZONA TO: _____ Shaun Anderson

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

APR 1 2 2021

JEFF FINE, CLERK

SIGNED AND SEALED this date

CLERK OF SUPERIOR COURT

By _____
Deputy Clerk

K. Whitson
Deputy Clerk

ORIGINAL

Person Filing: John D. Warren
Address (if not protected): 2500 East Van Buren Street
City, State, Zip Code: Phoenix, Arizona 85008
Telephone: 602-629-7396
Email Address: No Email Address
Lawyer's Bar Number: N/A

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4:32

FILED

BY [signature], DEP

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John D. Warren
_____
Name of Plaintiff

And

Shand Payne, et al
_____
Name of Defendant

Case No.: LC 2021-000111-001

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully.
> If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: _Ismael Espiricueta_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date   **APR 1 2 2021**        **JEFF FINE, CLERK**

                                                               **CLERK OF SUPERIOR COURT**

By                             **K. Whitson**
                                    **Deputy Clerk**
                    Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4: 32

FILED

BY _Whitson_ , DEP

Person Filing: _John D. Warren_
Address (if not protected): _2500 East Van Buren Street_
City, State, Zip Code: _Phoenix, Arizona 85008_
Telephone: _602-629-7396_
Email Address: _No Email Address_
Lawyer's Bar Number: _N/A_

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_John D. Warren_
Name of Plaintiff

And

_Shanda Payne, et al_
Name of Defendant

Case No.: **LC 2021-000111 -001**

**SUMMONS** If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.**
**If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _Shawn O'hearn_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**JEFF FINE, CLERK**

SIGNED AND SEALED this date    APR 1 2 2021

CLERK OF SUPERIOR COURT

By _____    K. Whitson
Deputy Clerk                    Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED              Page 2 of 2              CV11f 031820

ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4:32

FILED
BY ɟ Whitson , DEP

Person Filing: John D. Warren
Address (if not protected): 1500 East Van Buren Street
City, State, Zip Code: Phoenix, Arizona 85008
Telephone: 602 629-7396
Email Address: No Email Address
Lawyer's Bar Number: N/A

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John D. Warren
Name of Plaintiff

And

Shanda Payne, et al
Name of Defendant

Case No.: **LC2021-000111-001**

## SUMMONS
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Scott Paige
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

---

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    APR 1 2 2021      JEFF FINE, CLERK

CLERK OF SUPERIOR COURT

By _____    K. Whitson
Deputy Clerk    Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

21006500
210

FILED
BY _J. Whitson_, DEP

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY
21 JUL 15 PH 4: 32

ORIGINAL

Person Filing: John D. Warren
Address (if not protected): 2500 East Van Buren Street
City, State, Zip Code: Phoenix Arizona 85008
Telephone: 602-629-7396
Email Address: No Email Address
Lawyer's Bar Number: N/A

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

LC2021-000111-001

John D. Warren
Name of Plaintiff

Case No.: _____

And

Shanda Payne, et'al
Name of Defendant

**SUMMONS** like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

> WARNING: This is an official document from the court that affects your rights. Read this carefully.
> If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: Shanda Payne
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    APR 1 2 2021           JEFF FINE, CLERK

CLERK OF SUPERIOR COURT

By _____    K. Whitson
        Deputy Clerk           Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2          CV11f 031820

ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4: 32

FILED
BY ɟɬuhiʃoɲ , DEͰ

Person Filing: John D. Warren
Address (if not protected): 2500 East Van Buren Street
City, State, Zip Code: Phoenix Arizona 85008
Telephone: 602-639-7786
Email Address: No Email Address
Lawyer's Bar Number: N/A

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John D. Warren
_____
Name of Plaintiff

And

Shanda Payne, et al
_____
Name of Defendant

Case No.: **LC2021-000111-001**

## SUMMONS
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Monserrate Vasquez
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* cr *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

---

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.


JEFF FINE, CLERK

SIGNED AND SEALED this date    APR 1 2 2021    _____

CLERK OF SUPERIOR COURT


By _____    K. Whitson
           Deputy Clerk    Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

ORIGINAL

FILED
BY _K.Whitson_ , DEP

Person Filing: _John D. Warren_
Address (if not protected): _25900 East Van Buren Street_
City, State, Zip Code: _Phoenix Arizona 85008_
Telephone: _602-619-7396_
Email Address: _No Email Address_
Lawyer's Bar Number: _N/A_

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

21 JUL 15 PM 4: 32

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_John D. Warren_
Name of Plaintiff

And

_Shanda Payne, et'al_
Name of Defendant

Case No.: LC2021-000111-001

## SUMMONS
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: _Dave Young_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date   APR 1 2 2021          JEFF FINE, CLERK

                                                    CLERK OF SUPERIOR COURT

By _____          **K. Whitson**
        Deputy Clerk                **Deputy Clerk**

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15  PM 4: 32

FILED
BY [signature] , DEP

## MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | LC2021-000111 – OOI |
| | ) ss. | |
| County of Maricopa | ) | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Leon Amouzouvi** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **ACPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

Dated this 1st day of July A.D. 2021.

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| Copies | $8.00 |
| | |
| Total | $152.00 |

PAUL PENZONE
Maricopa County Sheriff

[signature]

By _____
Deputy David Sheets #S0827

B1986

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY
21 JUL 15 PM 4: 32

FILED

BY ᒍᒐᒍᒐᒍ᠊ᒐᒐᒥ , DEP

**MARICOPA COUNTY SHERIFF'S OFFICE**
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | LC2021-000111 –OO1 |
| | ) ss. | |
| County of Maricopa | ) | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Shaun Anderson** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **ACPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 1st day of July A.D. 2021.**

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| Copies | $8.00 |
| | |
| Total | $152.00 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

## MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

**FILED**

BY ~~Whitson~~ , DEP

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | LC2021-000111. - 001 |
| | ) ss. | |
| County of Maricopa | ) | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Isamel Espiricueta** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **ACPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 1st day of July A.D. 2021.**

| | | |
|---|---|---|
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Mileage | $16.00 | |
| Copies | $8.00 | |
| | | |
| Total | $152.00 | |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

# MARICOPA COUNTY SHERIFF'S OFFICE

21 JUL 15 PM 4: 32

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

FILED

BY _____ , DEP

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | LC2021-000111_001 |
| | ) ss. | |
| County of Maricopa | ) | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Shawn O'Hearn** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **ACPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

Dated this 1st day of July A.D. 2021.

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| Copies | $8.00 |
| | |
| Total | $152.00 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

## MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

**FILED**

BY ~~Whitson~~ , DEP

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | LC2021-000111 -col |
| | ) ss. | |
| County of Maricopa | ) | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Scott Paige** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **AZCPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 1st day of July A.D. 2021.**

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| Copies | $8.00 |
| | |
| Total | $152.00 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

:CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4: 31

FILED

BY _____, DEP

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | LC2021-000111 –001 |
| | ) ss. | |
| County of Maricopa | ) | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021** on **Shanda Payne, Director** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **ACPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 1st day of July A.D. 2021.**

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| Copies | $8.00 |
| | |
| Total | $152.00 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4: 32

FILED

BY *illegible signature*, DEP

## MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

STATE OF ARIZONA       )
                       ) ss.
County of Maricopa     )

LC2021-000111-001

21006500

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of **6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Monserrate Vasquez** being said defendant(s) named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **ACPTC 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 1st day of July A.D. 2021.**

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| Copies | $8.00 |
| | |
| Total | $152.00 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

21 JUL 15 PM 4: 32
FILED
BY _____ , D

## MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

John D Warren
vs.
Shanda Payne, Dave Young, Ismael Espiricueta,
Shaun Anderson, Scott Paige, Leon Amouzouvi,
Shawn O'Hearn, Monserrate Vasquez

| STATE OF ARIZONA | ) | |
| | ) ss. | LC2021-000111 – ꝏl |
| County of Maricopa | ) | |
| | | 21006500 |

I hereby certify that I received the within documents on the **25th** day of **June** A.D. **2021** at the hour of
**6:10 AM,** and served the same on the **1st** day of **July** A.D. **2021**on **Dave Young** being said defendant(s)
named in said documents, by delivering to **Kimberly Goff, admin,** who is authorized to accept service, at **AZ
Community Protection and Treatment Center 501 N 24th Street Phoenix, AZ 85008** at **11:20 AM** in the
County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 1st day of July A.D. 2021.**

| | | |
|---|---|---|
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Mileage | $16.00 | |
| Copies | $8.00 | |
| | | |
| Total | $152.00 | |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B1986

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

LC2021-000111-001 DT                              07/23/2021


                                          CLERK OF THE COURT
HONORABLE ROGER E. BRODMAN                      A. Meza
                                                 Deputy



JOHN D WARREN                          JOHN D WARREN
                                       2500 E VAN BUREN ST
                                       PHOENIX AZ  85008

v.

SHANDA PAYNE (001)
DAVE YOUNG (001)
ISMAEL ESPIRICUETA (001)
SHAUN ANDERSON (001)
SCOTT PAIGE (001)
LEON AMOUZOUVI (001)
SHAWN O'HEARN (001)
MONSERRATE VASQUEZ (001)

                                       JUDGE BRODMAN
                                       REMAND DESK-LCA-CCC



MINUTE ENTRY

        The Court reviewed Petitioner's Motion for Extension of Time. The motion is granted.
Petitioner is given until **September 1, 2021** to serve defendants/respondents.

        NOTE:  Effective July 25, 2021, this Division's calendar will be assigned to the
Honorable Scott McCoy (telephone number: 602-372-3603), located in the East Court Building,
Courtroom 612, 101 West Jefferson, Phoenix, Arizona, 85003.  Please contact the division after
judicial rotation to confirm the division's correct email addresses.

        NOTICE: LC cases are not under the e-file system. As a result, when a party files a
document, the system does not generate a courtesy copy for the Judge. Therefore, you will have
to deliver to the Judge a conformed courtesy copy of any filings.

Docket Code 019                       Form L000                              Page 1