**EXHIBIT B**

Mark Brnovich
Attorney General

Kim Chamberlain (#031675)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690
Fax: (602) 542-3393
Defensephx@azag.gov
Kimberly.Chamberlain@azag.gov
*Attorney for State Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John D. Warren,<br><br>               Plaintiff,<br><br>vs.<br><br>Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Vasquez,<br><br>               Defendants. | Case No:<br><br>Maricopa County Superior Court Case No.: LC2021-000111<br><br>**DECLARATION OF SHANDA PAYNE** |

I, SHANDA PAYNE, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information, and belief:

1. I am over the age of eighteen, am competent to testify as to the matters contained herein, and make this declaration based upon my personal knowledge.

2. I am the Director of the Arizona Community Protection and Treatment Center ("ACPTC").

3. ACPTC is located on the grounds of the Arizona State Hospital ("ASH") complex located at 501 North 24th Street in Phoenix, Arizona.

4. ACPTC is a separate and distinct legal entity from ASH.

5. On July 1, 2021, Kimberly Goff was employed by ASH.

6. I am named as a defendant in a lawsuit brought by Plaintiff John D. Warren, in Maricopa County Superior Court Cause No. LC2021-000111.

1       7.     I was not personally served, pursuant to Ariz. R. Civ. P. 4.1(d)(1), with any
2 documents in relation to the above-referenced lawsuit on July 1, 2021.
3       8.     I have not authorized anyone to receive service of process on my behalf
4 pursuant to Ariz. R. Civ. P. 4.1(d)(3).
5       9.     On July 1, 2021, Scott Paige and Shawn O'Hearn were not employed with
6 ACPTC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  11th  day of August, 2021.

*Shanda Payne*
SHANDA PAYNE

9713039

2

**EXHIBIT C**

Mark Brnovich
Attorney General

Kim Chamberlain (#031675)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690
Fax: (602) 542-3393
Defensephx@azag.gov
Kimberly.Chamberlain@azag.gov
*Attorney for State Defendants*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John D. Warren,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Vasquez,<br><br>　　　　Defendants. | Case No:<br><br>Maricopa County Superior Court Case No.: LC2021-000111<br><br>**DECLARATION OF DAVE YOUNG** |

　　　　I, DAVE YOUNG, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information, and belief:

　　　　1.　I am over the age of eighteen, am competent to testify as to the matters contained herein, and make this declaration based upon my personal knowledge.

　　　　2.　I have been employed by Arizona Community Protection and Treatment Center ("ACPTC") located within the Arizona State Hospital ("ASH") for _21_ years.

　　　　3.　I am named as a defendant in a lawsuit brought by Plaintiff John D. Warren, in Maricopa County Superior Court Cause No. LC2021-000111.

　　　　4.　I was not personally served, pursuant to Ariz. R. Civ. P. 4.1(d)(1), with any documents in relation to the above-referenced lawsuit on July 1, 2021, or at any other time.

　　　　5.　I have not authorized anyone to receive service of process on my behalf pursuant to Ariz. R. Civ. P. 4.1(d)(3).

6. I did not receive a copy of the Complaint in the above-referenced lawsuit until July 20, 2021, when Kim Chamberlain of the Arizona Attorney General's Office emailed me a copy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, 2021.

*/s/ Dave Young*
DAVE YOUNG

9713130

2

**EXHIBIT D**

Mark Brnovich
Attorney General

Kim Chamberlain (#031675)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690
Fax: (602) 542-3393
Defensephx@azag.gov
Kimberly.Chamberlain@azag.gov
*Attorney for State Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| John D. Warren, | Case No: |
|---|---|
| Plaintiff, | Maricopa County Superior Court Case No.: LC2021-000111 |
| vs. | |
| Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Vasquez, | **DECLARATION OF ISMAEL ESPIRICUETA** |
| Defendants. | |

I, ISMAEL ESPIRICUETA, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information, and belief:

1. I am over the age of eighteen, am competent to testify as to the matters contained herein, and make this declaration based upon my personal knowledge.

2. I was employed by Arizona Community Protection and Treatment Center ("ACPTC") from 09/2011 to 06/2018 (month and year is fine)

3. I have been employed by the Arizona State Hospital ("ASH") since 09/2011.

4. I am named as a defendant in a lawsuit brought by Plaintiff John D. Warren, in Maricopa County Superior Court Cause No. LC2021-000111.

5. I was not personally served, pursuant to Ariz. R. Civ. P. 4.1(d)(1), with any documents in relation to the above-referenced lawsuit on July 1, 2021, or at any other time.

6. I have not authorized anyone to receive service of process on my behalf pursuant to Ariz. R. Civ. P. 4.1(d)(3).

7. I have not received a copy of the Summons and Complaint in the above-referenced lawsuit as of the date of the execution of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>10th</u> day of August, 2021.

<u>    Ismael R Espiricueta    </u>
ISMAEL ESPIRICUETA

9713146

2

**EXHIBIT E**

Mark Brnovich
Attorney General

Kim Chamberlain (#031675)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690
Fax: (602) 542-3393
Defensephx@azag.gov
Kimberly.Chamberlain@azag.gov
*Attorney for State Defendants*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John D. Warren, | Case No: |
| Plaintiff, | Maricopa County Superior Court Case No.: LC2021-000111 |
| vs. | |
| Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Vasquez, | **DECLARATION OF SHAUN ANDERSON** |
| Defendants. | |

I, SHAUN ANDERSON, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information, and belief:

1. I am over the age of eighteen, am competent to testify as to the matters contained herein, and make this declaration based upon my personal knowledge.

2. I have been employed by Arizona Community Protection and Treatment Center ("ACPTC") located within the Arizona State Hospital ("ASH") for __17__ years.

3. I am named as a defendant in a lawsuit brought by Plaintiff John D. Warren, in Maricopa County Superior Court Cause No. LC2021-000111.

4. I was not personally served, pursuant to Ariz. R. Civ. P. 4.1(d)(1), with any documents in relation to the above-referenced lawsuit on July 1, 2021, or any other date.

5. I have not authorized anyone to receive service of process on my behalf pursuant to Ariz. R. Civ. P. 4.1(d)(3).

9713159

6. I have not received a copy of the Summons and Complaint in the above-referenced lawsuit as of the date of the execution of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of August, 2021.

_____
SHAUN ANDERSON

9148294

2

**EXHIBIT F**

Mark Brnovich
Attorney General

Kim Chamberlain (#031675)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690
Fax: (602) 542-3393
Defensephx@azag.gov
Kimberly.Chamberlain@azag.gov
*Attorney for State Defendants*

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John D. Warren,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Vasquez,<br><br>　　　　　Defendants. | Case No:<br><br>Maricopa County Superior Court Case No.: LC2021-000111<br><br>**DECLARATION OF LEON AMOUZOUVI** |

I, LEON AMOUZOUVI, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information, and belief:

1. I am over the age of eighteen, am competent to testify as to the matters contained herein, and make this declaration based upon my personal knowledge.

2. I have been employed by Arizona Community Protection and Treatment Center ("ACPTC") located within the Arizona State Hospital ("ASH") for __8__ years.

3. I am named as a defendant in a lawsuit brought by Plaintiff John D. Warren, in Maricopa County Superior Court Cause No. LC2021-000111.

4. I was not personally served, pursuant to Ariz. R. Civ. P. 4.1(d)(1), with any documents in relation to the above-referenced lawsuit on July 1, 2021, or any other date.

5. I have not authorized anyone to receive service of process on my behalf pursuant to Ariz. R. Civ. P. 4.1(d)(3).

9713188

6. I have not received a copy of the Summons and Complaint in the above-referenced lawsuit as of the date of the execution of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17__ day of August, 2021.

_____
LEON AMOUZOUVI

9148294

2

**EXHIBIT G**

Mark Brnovich
Attorney General

Kim Chamberlain (#031675)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690
Fax: (602) 542-3393
Defensephx@azag.gov
Kimberly.Chamberlain@azag.gov
*Attorney for State Defendants*

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John D. Warren,<br><br>           Plaintiff,<br><br>vs.<br><br>Shanda Payne, Dave Young, Ismael Espiricueta, Shaun Anderson, Scott Paige, Leon Amouzouvi, Shawn O'Hearn, Monserrate Vasquez,<br><br>           Defendants. | Case No:<br><br>Maricopa County Superior Court Case No.: LC2021-000111<br><br>**DECLARATION OF MONSERRATE VELAZQUEZ** |

I, MONSERRATE VELAZQUEZ, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information, and belief:

1. I am over the age of eighteen, am competent to testify as to the matters contained herein, and make this declaration based upon my personal knowledge.

2. I have been employed by Arizona Community Protection and Treatment Center ("ACPTC") located within the Arizona State Hospital ("ASH") for 4 years.

3. I am named as a defendant in a lawsuit brought by Plaintiff John D. Warren, in Maricopa County Superior Court Cause No. LC2021-000111.

4. Plaintiff identifies me as Monserrate Vasquez. My true name is Monserrate Velazquez.

5.

9713266

1    6.    I was not personally served, pursuant to Ariz. R. Civ. P. 4.1(d)(1), with any documents in relation to the above-referenced lawsuit on July 1, 2021, or at any other time.

7.    I have not authorized anyone to receive service of process on my behalf pursuant to Ariz. R. Civ. P. 4.1(d)(3).

8.    I did not receive a copy of the Complaint in the above-referenced lawsuit until July 20, 2021, when Assistant Attorney General Kim Chamberlain emailed me a copy of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **12** day of August, 2021.

*/s/ Monserrate Velazquez*
MONSERRATE VELAZQUEZ

9148294

2